**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: December 21, 2010**

_____

BK1010925
ISS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-59329 |
| Lawrence Wilson | Chapter 13 |
| Lynn Wilson | |
| | Judge Hoffman Jr. |
| Debtors | |

**ORDER FOR RELIEF FROM STAY OF U.S. BANK, N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER (PROPERTY ADDRESS: 320 BURR OAK , CHILLICOTHE , OH 45601) (DOCKET #25)**

    This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer ("Movant") on November 23, 2010 as Pacer Document #25 for the property located at 320 Burr Oak  Chillicothe, OH 45601.

    Movant has alleged that good cause exists for granting the Motion and that debtors, counsel

for Debtors, the Chapter 13 Trustee, and all necessary parties were served with the Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice of hearing by the Clerk on November 23, 2010. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

1.      The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and/or assigns.

2.      The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtors.

**SO ORDERED**

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
Bar Registration No.0073452
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST